WINN & LOVETT GROCERY COMPANY, and Winn & Lovett Tampa, Inc., Appellants,

v.

NATIONAL LABOR RELATIONS BOARD, Appellee.

No. 14638.

United States Court of Appeals
Fifth Circuit.

March 5, 1954.

Before STRUM and RIVES, Circuit Judges, and DAWKINS, District Judge.

PER CURIAM.

On motion of the appellee this cause is remanded with directions to the District Court to vacate its judgment and dismiss the application as moot.

O. R. T. Bowden & Theo Hamilton, Jacksonville, Fla., for appellants.

John S. Patton, Attorney, National Labor Relations Board, Atlanta, Ga., A. Norman Somers, Asst. Gen. Counsel, National Labor Relations Board, David P. Findling, Associate Gen. Counsel, N.L.R.B., Washington, D. C., for appellee.

COMMISSIONER OF INTERNAL REVENUE, Petitioner,

v.

Edward D. SULTAN, Respondent.

COMMISSIONER OF INTERNAL REVENUE, Petitioner,

v.

Olga L. SULTAN, Respondent.

No. 13804.

United States Court of Appeals
Ninth Circuit.

March 10, 1954.

H. Brian Holland, Asst. Atty. Gen., Ellis N. Slack, Lee A. Jackson, Joseph F. Goetten, Meyer Rothwacks, Sp. Assts. to Atty. Gen., Charles W. Davis, Chief Counsel, Bureau of Internal Revenue, Washington, D. C., for petitioner.

Milton Cades, Smith, Wild, Beebe & Cades, J. Russell Cades, Eugene H. Beebe, Honolulu, Hawaii, for respondents.

Before MATHEWS, STEPHENS and BONE, Circuit Judges.

PER CURIAM.

The Commissioner of Internal Revenue seeks review of two decisions of the Tax Court—a decision redetermining the income tax liability of Edward D. Sultan for the calendar years 1944, 1945 and 1946 and a decision redetermining the income tax liability of Olga L. Sultan for the calendar year 1946. The decisions are affirmed on the grounds and for the reasons stated in the Tax Court's findings and opinion, Sultan v. Commissioner, 18 T.C. 715.